UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MAJOR DARRYL L. WOODS**                                                        **PLAINTIFF**

**VERSUS**                                                         **CAUSE NO. 1:05-cv-556-RHW**

**CITY OF OCEAN SPRINGS, MISSISSIPPI; CHIEF OF
POLICE KERRY BELK, in His Official Capacity as Chief
of Police of Ocean Springs, Mississippi; MIKE DUCOTE, in
His Official Capacity as a Supervisor of Patrolman in the
City of Ocean Springs Police Department, and in His
Individual Capacity; LIEUTENANT LARRY TURNER, in
His Official Capacity as a Patrolman/Officer of the City of
Ocean Springs Police Department, and in His Individual
Capacity; LIEUTENANT JOHN FLOWERS, in His
Official Capacity as a Patrolman/Officer of the City of
Ocean Springs Police Department, and in His Individual
Capacity; LIEUTENANT DAVID ATWELL, in His Official
Capacity as a Patrolman/Officer of the City of Ocean
Springs Police Department, and in His Individual Capacity;
AND JOHN & JANE DOES A, B, C, D, E, F, G, H**                       **DEFENDANTS**

## JUDGMENT

This cause came before the Court on the Motion for Summary Judgment [72] filed by the Defendants, the issues having been duly considered and a decision having been duly rendered by separate Memorandum Opinion;

**IT IS THEREFORE ORDERED AND ADJUDGED,** that the Motion of the Defendants for Summary Judgment [72] having been granted, the Plaintiff's § 1983 claims against the Defendant are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 29th day of June, 2007.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE